■ In the Matter of ALY T., Appellant, v FRANCISCO B., Respondent. [32 NYS3d 152]—

Order, Family Court, Bronx County (Lauren N. Lerner, Ref.), entered on or about July 28, 2015, which, after a fact-finding hearing, dismissed the petition for an order of protection against respondent, unanimously affirmed, without costs.

Petitioner failed to establish by a preponderance of the evidence that respondent, the father of two of her children, committed any of the family offenses alleged in the petition, including harassment in the second degree, so as to justify the issuance of an order of protection (*see Matter of Mildred R. v Elizabeth R.*, 131 AD3d 892 [1st Dept 2015], *lv denied* 26 NY3d 913 [2015]). Although petitioner's testimony and evidence as to the photograph posted on respondent's Facebook page meets the definition in common parlance of harassment, it does not sufficiently demonstrate that respondent committed acts that would constitute harassment in the second degree (*see* Penal Law § 240.26 [3]; *see also* Family Ct Act § 812 [1]).

We have considered petitioner's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Andrias, Richter, Manzanet-Daniels and Kahn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME CHARLEAU, Appellant. [30 NYS3d 821]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard Carruthers, J.), rendered June 23, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Andrias, Richter, Manzanet-Daniels and Kahn, JJ.